UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 2447 |
| Plaintiff | ) | CRIMINAL NO. 08MJ2062 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Centeno | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a ~~material witness~~ be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Macario Echeverria-Ramirez

DATED: 7/25/08

RECEIVED _____
                DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk